IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY SHIVLEY,  No. CV 07-270-MO

    Plaintiff,  JUDGMENT

    v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED in part, REVERSED in part, and REMANDED for further administrative proceedings consistent with the Opinion and Order of this court filed on March 28, 2008, pursuant to sentence four of 42 U.S.C. § 405(g).

    DATED this  31st  day of March, 2008.

    /s/ Michael W. Mosman
    MICHAEL W. MOSMAN
    United States District Judge

PAGE 1 - JUDGMENT