WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED'08 JUN 27 14:15 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JEFFERY SHIVLEY,**                                                 CV # 07-270-MO

   Plaintiff,

vs.                                                                      ORDER

**COMMISSIONER of Social Security,**

   Defendant.

Attorney fees in the amount of $6,050.00 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 27 day of June, 2008.

_____
United States District Judge

Submitted on June 26, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1